*Dale A. Calomeni, Esq.*                                    **NON- DETAINED**
Georgia Bar No. 105311 / EOIR ID DP367083
Attorneys for the Petitioner

**Calomeni Law Offices, LLLP**
4132 Steve Reynolds Blvd.
Norcross, GA 30093
678-585-3606 (Telephone)
Paralegal.calomeni@gmail.com
allysonblairlaw@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **MARIO VALENCIA OCAMPO** | **Civil Action No.** |
| | **7:26-cv-107 (WLS-AGH)** |
| Petitioner, | PETITIONER'S |
| | VOLUNYTARY |
| | DISMISSAL OF PETITION |
| Vs. | FOR WRIT OF HABEAS |
| | CORPUS AND |
| | COMPLAINT FOR |
| **WILLIE THOMAS, WARDEN** | DECLARATORY AND |
| **OF THE IRWIN COUNTY** | INJUNCTIVE RELIEF, |
| **DETENTION CENTER IN** | MOTION FOR |
| **OCILLA, GEORGIA,** *in his* | TEMPORARY |
| *official capacity* as the immediate | RESTRAINING ORDER |
| custodian of Petitioner | AND MEMORANDUM OF |
| | LAW IN SUPPORT |
| | THEREOF, AND |
| | PROPOSED ORDER |

1

**LASALLE CORRECTIONS, LLC,**
*in its official capacity* as the private contractor operating the Irwin County Detention Center in Ocilla, Georgia

**KRISTEN SULLIVAN,** who is sued *in her official capacity* as Acting Field Office Director of the ICE Atlanta Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, and Removal Operations (ERO) in Atlanta, GA

**TODD M. LYONS**, *in his official capacity* as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security

**MARKWAYNE MULLIN**, *in his official capacity* as Secretary, U.S. Department of Homeland Security; and

**TODD BLANCHE,** *in his official capacity* as the Acting Attorney General of the United States,

       Respondents.

## NOTICE OF PETITIONER'S VOLUNTARY DISMISSAL

COMES NOW **MARIO VALENCIA OCAMPO,** Petitioner in the above-styled case (hereinafter "Petitioner"), and files this, his NOTICE OF PETITIONER'S VOLUNTARY DISMISSAL of the above-styled case. Petitioner hereby **VOLUNTARILY DISMISSES WITHOUT PREJUDICE** the PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, and PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER ("TRO") AND MEMORANDUM OF LAW IN SUPPORT THEREOF, and the PROPOSED ORDER, filed with the Honorable W. Louis Sands, Jr. of the United States District Court, Middle District of Georgia, on April 13, 2026. Petitioner submits this **NOTICE OF PETITIONER'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**, pursuant to the fact that the Honorable W. Louis Sands, Jr., ORDERED the appropriate Immigration Judge to hold a Bond Hearing on the merits regarding this matter. At said Bond Redetermination Hearing on April 20, 2026, the Honorable IJ Jessica Harness weighed all relevant and credible factors and **ORDERED** that bond be granted for the Petitioner. For all the foregoing reasons, the above-referenced filings and the above-styled case are VOLUNTARILY DISMISSED WITHOUT PREJUDICE, pursuant to the Order of April 15, 2026 by

3

the Honorable W. Louis Sands, Jr., as said Order has afforded all relief to which the

Petitioner is entitled pursuant to the documents filed in this case.

Dated this 30ᵗʰ day of April 2026.

Dale A. Calomeni, Esq.
Georgia Bar No. 105311 / EOIR ID DP367083
Attorneys for the Petitioner
**Calomeni Law Offices, LLLP**
4132 Steve Reynolds Blvd.
Norcross, GA 30093
678-585-3606 (Telephone)
Paralegal.calomeni@gmail.com
allysonblairlaw@gmail.com

SO ORDERED this _15th_ day
of _July_.

W. Louis Sands, Sr. Judge
United States District Court

4